676 A.2d 1088

GEORGE SAUNDERS v. TOMS RIVER REGIONAL SCHOOLS BOARD OF EDUCATION.

April 2, 1996.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that the judgment of the Appellate Division is sum-

marily reversed for the reasons stated in the dissenting opinion filed in the Appellate Division.

POLLOCK, J., dissents, and would summarily affirm for the reasons stated in the majority opinion filed in the Appellate Division.